# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr>
<td>Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604</td>
<td></td>
<td>Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov</td>
</tr>
</table>

## ORDER

June 22, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1945 | CARLTON WRIGHT,<br>        Plaintiff - Appellee<br><br>v.<br><br>SHANE NELSON, et al.,<br>        Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:23-cv-00459-TWP-MKK |
| Southern District of Indiana, Indianapolis Division |
| District Judge Tanya Walton Pratt |

The jurisdictional statement in the brief of appellants does not comply with Rule 28(a)(4) of the Federal Rules of Appellate Procedure which requires, in part, that an appellant's brief contain a jurisdictional statement that includes "(C) the filing dates establishing the timeliness of the appeal or petition for review."

Appellants' jurisdictional statement fails to identify the date that the notice of appeal was filed. Appellants must provide the omitted information. Cir. R. 28(a)(2)(iv). Accordingly,

**IT IS ORDERED** that appellants shall file an amended jurisdictional statement on or before June 29, 2026, that provides the omitted information noted above and otherwise complies with all the requirements of Rule 28(a)(4) of the Federal Rules of Appellate Procedure and Circuit Rule 28(a).

**IT IS FURTHER ORDERED** that the clerk of this court shall **DISTRIBUTE,** along with the briefs in this appeal, copies of this order and appellants' amended jurisdictional statement to the assigned merits panel.

form name: **c7_Order_BTC**    (form ID: **178**)