UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CARLTON WRIGHT,                          )
        Plaintiff/Appellee,          )
                       )        CASE NO. 26-1945
vs.                                      )
                       )        UNITED STATES DISTRICT COURT
SHANE NELSON,                            )        SOUTHERN DISTRICT OF INDIANA
KRUL,                                    )        Cause No. 1:23-cv-00459-TWP-MKK
LEE,                                     )
GARD,                                    )        Cross Appeal No.: 26-2165
and SEYE,                                )
        Defendants/Appellants.       )

## APPELLANTS AMENDED JURISDICTIONAL STATEMENT

      COME NOW, Defendants/Appellants, Shane Nelson, Lt. Krul, Sgt. Lee, and Sgt. Gard, by and through counsel, Joseph Lipps, and for their Appellant's Amended Jurisdictional Statement, submit the following.

Respectfully submitted,

By:    /s/ Joseph T. Lipps
        Joseph T. Lipps, Atty. No. 35936-89
        BBFCS ATTORNEYS
        27 North 8th Street
        Richmond, IN   47374
        Telephone: (765) 962-7527
        jlipps@bbfcslaw.com
        *Attorneys for Defendants-Appellants.*

**AMENDED
JURISDICTIONAL STATEMENT**


The district court had jurisdiction for the underlying case under 28 U.S.C. § 1331 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.  The Seventh Circuit Court of Appeals accordingly has jurisdiction under 28 U.S.C. § 1291. The district court entered final judgment on March 30, 2026, disposing of all claims as to all parties[1].  3. **Defendants-Appellants filed a Notice of Appeal on April 29, 2026, within the time prescribed by Fed. R. App. 4(a).  Accordingly, this appeal is timely.  This appeal is from a Final Order or Judgment that disposes of all of the Appellants' claims.**

---

[1] *See* 1:23-cv-00459-WTP-MKK, Docket No. 137.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of June, 2026, I electronically filed the foregoing Amended Jurisdictional Statement with the Clerk of the 7th Circuit Appellate Court using the CM/ECF system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system. Samuel Weiss- sam@rightsbehindbars.org

By _____/s/ Joseph T. Lipps_____
Joseph T. Lipps