UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CARLTON WRIGHT,                          )
        Plaintiff/Appellee,          )
                              )          CASE NO. 26-1945
vs.                                      )
                              )          UNITED STATES DISTRICT COURT
SHANE NELSON,                            )          SOUTHERN DISTRICT OF INDIANA
KRUL,                                    )          Cause No. 1:23-cv-00459-TWP-MKK
LEE,                                     )
GARD,                                    )          Cross Appeal No.: 26-2165
and SEYE,                                )
        Defendants/Appellants.       )

**APPELLANTS' MOTION TO ACCEPT THE APPELLANTS' BRIEF AND APPENDIX
<u>AS RESUBMITTED</u>**

COME NOW, Defendants/ Appellants, Shane Nelson, Lt. Krul, Sgt. Lee, and Sgt. Gard, by and through counsel, Joseph T. Lipps, and submit the following:

1.      On June 29, 2026, Appellants submitted their Brief and Appendix bound into one volume.

2.      On July 1, 2026, Appellants counsel received an email from the Generalist Clerk with the United States Court of Appeals for the Seventh Circuit, stating that the Appellants' Brief and Appendix would not be accepted as submitted.

3.      Therefore, Appellants have prepared and are in the process of resubmitting the Brief and the Appendix for separate binding but are awaiting the total binding and shipping costs to resubmit to the Court.

4.      Appellants inform the Court that the Appendix is so voluminous in its unabridged format that Appellants' counsel has been unable to source the binding without splitting the Appendix into two separate bindings.

5.     Due to these circumstances, Appellants respectfully request the Court to accept the paper copies of their Brief and Appendix in the format and binding that they are resubmitted in.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of July, 2026, I electronically filed the foregoing Motion with the Clerk of the 7th Circuit Appellate Court using the CM/ECF system.   Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Samuel Weiss- sam@rightsbehindbars.org

By _____/s/ Joseph T. Lipps_____
                Joseph T. Lipps