# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 14, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1945 | CARLTON WRIGHT,<br>        Plaintiff - Appellee<br><br>v.<br><br>SHANE NELSON, et al.,<br>        Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:23-cv-00459-TWP-MKK |
| Southern District of Indiana, Indianapolis Division |
| District Judge Tanya Walton Pratt |

The following are before the court: **APPELLANTS' MOTION TO ACCEPT THE APPELLANTS' BRIEF AND APPENDIX AS RESUBMITTED**, filed on July 13, 2026, by counsel for the appellants.

**IT IS ORDERED** that the motion is **DENIED**. The paper copies of the appellants' opening brief and appendix received on July 1, 2026, will remain unfiled. The deadline for the appellants to file paper copies of their opening brief and separate appendix is extended to July 20, 2026. Because the paper copies must be identical to the electronic submission, the appellants may file a motion to electronically resubmit the separate appendix in multiple volumes. Counsel should take care to make sure that each volume is uploaded as a single document with a cover page. For more information, counsel may contact the clerk's office.

form name: **c7_Order_BTC**    (form ID: **178**)