IN THE UNITED STATES COURT OF
APPEALS FOR THE SEVENTH CIRCUIT

Carlton Wright

      Plaintiff-Appellee and
      Cross-Appellant,

        v.

Shane Nelson, et al.

      Defendants-Appellants and
      Cross-Appellees.

No. 26-1945; 26-2165

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE
THE APPELLANT'S OPENING BRIEF**

Appellee and Cross-Appellant respectfully requests a 30-day extension in which to file his joint opening brief and response brief in these two appeals from the current due date of July 17, 2026 to August 17, 2026.

1. Appellee and Cross-Appellant Carlton Wright proceeded before the district court and, initially, this Court *pro se*.

2. Undersigned Counsel recently entered an appearance to represent Appellant on this appeal on a pro bono basis. He is therefore new to this case.

3. This Court is still waiting for valid copies of the opening brief to be validly filed.

1

4. Undersigned Counsel has a press of other litigation matters. These include an answering brief due to the Ninth Circuit Court of Appeals in *Thompson v. Russell*, Case No. 25-7254 on July 29, 2026; an opening brief due to the Fourth Circuit in *Louis v. Anderson*, Case No. 26-6460 on August 4, 2026; a reply brief due to the Ninth Circuit in *Allen v. Washington DOC*, Case No. 26-698 on August 5, 2026; a reply brief due to the Second Circuit in *Lu v. Hermans*, Case No. 25-3063 on August 5, 2026; and various trial matters and other matters that will arise.

5. This is Appellee and Cross-Appellant's first request for an extension of time in which to file his join brief. Defendant's counsel consented to this motion.

**CONCLUSION**

For the foregoing reasons, Appellee and Cross-Appellant respectfully requests a 30-day extension of time, up to and including August 17, 2026 in which to file his opening brief.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I electronically filed the foregoing Motion for a 30-Day Extension of Time in Which to File the Response Brief and Cross-Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: July 17, 2026

/s/ Samuel Weiss
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 252 words.

Date: July 17, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033