# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 20, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-1945 & 26-2165 | CARLTON WRIGHT,<br>        Plaintiff – Appellee / Cross - Appellant<br><br>v.<br><br>SHANE NELSON, et al.,<br>        Defendants - Appellants / Cross - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00459-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

The court, on its own motion, orders these appeals are **CONSOLIDATED** for purposes of briefing and disposition. Briefing in these appeals is **SUSPENDED** pending a determination of appellant's fee status in No. 26-2165. *See Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir.
1997).

form name: **c7_Order_BTC**    (form ID: **178**)