# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

July 21, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-1945 & 26-2165 | CARLTON WRIGHT,<br>     Plaintiff - Appellee/Cross - Appellant<br><br>v.<br><br>SHANE NELSON, et al.,<br>     Defendants - Appellants/Cross - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00459-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

The following is before the court: **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPENING BRIEF**, filed on July 17, 2026, by counsel for the appellee/cross-appellant.

In light of the court's order dated July 20, 2026,

**IT IS ORDERED** that the motion is **DENIED** as unnecessary at this time.

form name: **c7_Order_BTC**    (form ID: **178**)