UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| CARLTON WRIGHT, | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | CASE NO. 26-1945 |
| vs. | ) | |
| | ) | UNITED STATES DISTRICT COURT |
| SHANE NELSON, | ) | SOUTHERN DISTRICT OF INDIANA |
| KRUL, | ) | Cause No. 1:23-cv-00459-TWP-MKK |
| LEE, | ) | |
| GARD, | ) | Cross Appeal No.: 26-2165 |
| and SEYE, | ) | |
| Defendants/Appellants. | ) | |

**APPELLANTS' MOTION TO ELECTRONICALLY RESUBMIT THE SEPARATE APPENDIX IN MULTIPLE VOLUMES**

COME NOW, Defendants/ Appellants, Shane Nelson, Lt. Krul, Sgt. Lee, and Sgt. Gard, by and through counsel, Joseph T. Lipps, and submit the following:

1.  On June 29, 2026, Appellants submitted their Brief and Appendix bound into one volume.

2.  On July 1, 2026, Appellants counsel received an email from the Generalist Clerk with the United States Court of Appeals for the Seventh Circuit, stating that the Appellants' Brief and Appendix would not be accepted as submitted.

3.  Therefore, Appellants have prepared and are submitted the Brief and the Appendix for separate binding to the Court.

4.  Appellants inform the Court that the Appendix is so voluminous in its unabridged format that Appellants' counsel was unable to source the binding without splitting the Appendix into two separate bindings.

5.      Due to these circumstances, Appellants respectfully requested the Court to accept the paper copies of their Brief and Appendix in the format and binding that they are resubmitted in.

6.      Thereafter, on July 14, 2026, the Court denied the aforementioned request and advised that Appellants may file this motion to electronically resubmit the separate appendix in multiple volumes.

7.      The undersigned's staff has now conferred with the Court's clerk regarding the defects in the previous filings.

8.      Should the Court accept this request, the Appellants' counsel will upload each volume as a single document with a cover page.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of July, 2026, I electronically filed the foregoing Motion with the Clerk of the 7th Circuit Appellate Court using the CM/ECF system.   Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

Samuel Weiss- *sam@rightsbehindbars.org*

By _____/s/ Joseph T. Lipps_____
                    Joseph T. Lipps