# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

July 24, 2026

| | |
|---|---|
| No. 26-1945 & 26-2165 | CARLTON WRIGHT,<br>　　　　Plaintiff – Appellee / Cross - Appellant<br><br>v.<br><br>SHANE NELSON, et al.,<br>　　　　Defendants - Appellants / Cross - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:23-cv-00459-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt ||

Upon consideration of the **APPELLANTS' MOTION TO ELECTRONICALLY RESUBMIT THE SEPARATE APPENDIX IN MULTIPLE VOLUMES**, filed on July 23, 2026, by counsel for the appellants/cross-appellees,

**IT IS ORDERED** that the motion is **GRANTED** only to the extent that the clerk shall file **INSTANTER** the received paper copies of the appellants' opening brief in the main appeal.

Because the paper copies of the separate appendix must be identical to the electronic submission and the received paper copies of the separate appendix are deficient, they will remain unfiled. Specifically, each volume of the separate appendix should include a white cover page. Fed. R. App. P. 32(b). Accordingly,

**IT IS FURTHER ORDERED** that the defendants shall electronically resubmit, by no later than July 31, 2026, the separate appendix in two volumes. This separate appendix will replace the single volume filed on June 9, 2026. Counsel should take care to make sure that each volume of the separate appendix is uploaded as a single document. The paper copies of the separate appendix will be due within seven days of the Notice of Docket Activity generated upon the clerk's acceptance of the appendix. For more information, counsel may contact the clerk's office.