# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 29, 2026

*By the Court:*

| | |
|---|---|
| | CARLTON WRIGHT,<br>    Plaintiff – Appellee, Cross – Appellant |
| Nos. 26-1945 & 26-2165 | v. |
| | SHANE NELSON, et al.,<br>    Defendants – Appellants, Cross – Appellees |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00459-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

This court has received notice from the district court that Carlton Wright has paid the required docketing fee for his appeal. Accordingly, briefing will continue as follows:

1. Wright shall file his combined responsive brief in the main appeal docketed as No. 26-1945 and opening brief and appendix in the cross-appeal docketed as No. 26-2165 on or before August 28, 2026.

2. Defendants shall file their reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before September 28, 2026.

3. Wright shall file his reply brief, if any, in the cross-appeal on or before October 19, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. *See* Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**    (form ID: **178**)