# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

August 28, 2026

| | |
|---|---|
| No. 26-1945 | CARLTON WRIGHT,<br>Plaintiff - Appellee<br><br>v.<br><br>SHANE NELSON, et al.,<br>Defendants - Appellants |
| No. 26-2165 | CARLTON WRIGHT,<br>Plaintiff - Appellant<br><br>v.<br><br>SHANE NELSON, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:23-cv-00459-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt |

| **Originating Case Information:** |
|---|
| District Court No: 1:23-cv-00459-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>Clerk/Agency Rep Kristine L. Seufert<br>District Judge Tanya Walton Pratt<br>Court Reporter Laurie Morgan |

**To:**

Samuel Weiss
RIGHTS BEHIND BARS
1800 M Street, N.W.

Front 1 #33821
Washington, DC 20033

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** only the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

There is no Cir. R. 30(d) statement, or it is not signed. The brief must contain counsel's affirmative statement that all materials required by Cir. R. 30(a) and (b) are included within the attached Short Appendix of either the Appellant's brief on Main Appeal or that of Appellee Cross Appellant Brief. See Cir. R. 30(d). False certificate under Rule 30(d) is sufficient reason for substantial fines. See United States v. Johnson, 745 F.3d 227, 231-32 (7th Cir. 2014).

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court

By: Deputy Clerk:

______________________________

DAB

NOTE: Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.