# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 25, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-1945 & 26-2165 | CARLTON WRIGHT,<br>Plaintiff – Appellee, Cross – Appellant<br><br>v.<br><br>SHANE NELSON, et al.,<br>Defendants – Appellants, Cross – Appellees |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00459-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

On August 28, 2026, the clerk issued a brief deficiency letter which indicated that a resubmitted brief would be deemed timely if filed within seven days of the notice. Counsel for Carlton Wright electronically resubmitted his combined responsive brief in the main appeal and opening brief and appendix in the cross-appeal on September 17, 2026, thirteen days late. Because the resubmitted brief is untimely, it must be accompanied with an appropriate motion. *See* Fed. R. App. P. 26(a). Accordingly,

**IT IS ORDERED** that counsel for Carlton Wright shall show cause by October 2, 2026, for his failure to file a timely compliant brief.

**IT IS FURTHER ORDERED** that briefing in these appeals is **SUSPENDED** pending compliance with this order.