IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| Carlton Wright<br><br>Plaintiff-Appellee and Cross-Appellant,<br><br>v.<br><br>Shane Nelson, et al.<br><br>Defendants-Appellants and Cross-Appellees. | No. 26-1945; 26-2165 |

**RESPONSE TO ORDER TO SHOW CAUSE**

Appellee and Cross-Appellant respectfully requests that this Court accept his cured brief as timely filed.

1. Appellee and Cross-Appellant proceeded before the district court and, initially, this Court *pro se*.
2. Undersigned Counsel represents Appellee and Cross-Appellant on this appeal on a pro bono basis.
3. Counsel timely filed Appellant's answering and cross-opening brief and appendix on August 28, 2026.
4. Appellants' opening brief and appendix included the materials required by Circuit Rules 30(a) and 30(b). Counsel inadvertently, however, failed to

include a statement verifying that all materials required by Circuit Rules 30(a) and 30(b) were in the opening brief.

5. This Court issued a deficiency letter asking undersigned counsel to resubmit the brief within seven days with a statement that all materials required by Circuit Rules 30(a) and 30(b) were included.

6. Undersigned counsel filed the brief with the required Rule 30(d) Statement but due to a calendaring error did it past the date by which this Court required it. He apologizes for the error and for the inconvenience to the Court. Undersigned counsel works for a small non-profit organization that does not have litigation support staff, and he did not have co-counsel on this matter. He will take care that all technical briefing requirements are met going forward.

**CONCLUSION**

For the foregoing reasons, Appellee and Cross-Appellant respectfully requests that this Court deem his cured brief timely filed.

Respectfully submitted,

*/s/ Samuel Weiss*
Samuel Weiss
Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: September 30, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the type-volume requirements of Rule 27(d)(2)(A) and Rule 32(g). This motion contains 227 words.

Date: September 30, 2026

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
1800 M Street NW Front 1
#33821
Washington, DC 20033