# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

October 1, 2026

*By the Court*:

| | |
|---|---|
| Nos. 26-1945 & 26-2165 | CARLTON WRIGHT,<br>Plaintiff - Appellee<br><br>v.<br><br>SHANE NELSON, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00459-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

Upon consideration of the **RESPONSE TO ORDER TO SHOW CAUSE**, filed on September 20, 2026, by counsel for the appellee/cross-appellant,

**IT IS ORDERED** that the rule to show cause dated September 25, 2026, is **DISCHARGED**. The clerk shall file **INSTANTER** the electronically resubmitted brief of Carlton Wright. The remainder of briefing will proceed as follows:

1. Defendants shall file their reply brief, if any, in the main appeal and responsive brief in the cross-appeal on or before November 2, 2026.

2. Wright shall file his reply brief, if any, in the cross-appeal on or before November 23, 2026.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).