# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 5, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-1945 & 26-2165 | CARLTON WRIGHT,<br>Plaintiff – Appellee, Cross - Appellant<br>v.<br>SHANE NELSON, et al.,<br>Defendants – Appellants, Cross – Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:23-cv-00459-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt |

The jurisdictional statement in the brief of plaintiff-appellee/cross-appellant does not comply with Rule 28(a)(4) of the Federal Rules of Appellate Procedure which requires, in part, that an appellant's brief contain a jurisdictional statement that includes "(C) the filing dates establishing the timeliness of the appeal or petition for review." Plaintiff is an appellant and so must provide this information in his brief. *See* Fed. R. App. P. 28.1(c)(2).

Plaintiff's jurisdictional statement fails to identify the date that the notices of appeal were filed. Plaintiff must provide the omitted information. Cir. R. 28(a)(2)(iv). Accordingly,

IT IS ORDERED that plaintiff-appellee/cross-appellant shall file an amended jurisdictional statement on or before October 13, 2026, that provides the omitted information noted above and otherwise complies with all the requirements of Rule 28(a)(4) of the Federal Rules of Appellate Procedure and Circuit Rule 28(a).

IT IS FURTHER ORDERED that the clerk of this court shall DISTRIBUTE, along with the briefs in this appeal, copies of this order and plaintiff's amended jurisdictional statement to the assigned merits panel.