**AMENDED JURISDICTIONAL STATEMENT**

The district court had subject matter jurisdiction under 28 U.S.C. § 1331 because Wright's claims arise from the Eighth Amendment to the U.S. Constitution, the First Amendment, and 42 U.S.C. § 1983. This Court has jurisdiction under 28 U.S.C. § 1291. The district court entered final judgment on March 30, 2026. R. 137. Defendants timely appealed on April 29, 2026. R. 138; Fed. R. App. P. 4(a)(1)(A). Wright timely cross-appealed on May 12, 2026, which the court docketed on May 26, 2026. R. 143; Fed. R. App. P. 4(a)(3); *see also Censke v. United States*, 947 F.3d 488, 490 (7th Cir. 2020) ("an inmate's notice of appeal is deemed filed not when received by the court but rather when delivered to prison officials for mailing").