# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 16, 2026

*By the Court:*

| | |
|---|---|
| Nos. 26-1945 & 26-2165 | CARLTON WRIGHT,<br>Plaintiff – Appellee, Cross – Appellant<br><br>v.<br><br>SHANE NELSON, et al.,<br>Defendants – Appellants, Cross – Appellees |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-00459-TWP-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

The defendants’ combined reply brief, if any, in the main appeal and the responsive brief in the cross-appeal was due November 2, 2026. To date, no brief has been filed. Accordingly,

**IT IS ORDERED** that counsel for the defendants show cause by November 23, 2026, why appeal no. 26-2165 should not be submitted without the filing of a response brief on behalf of the defendants/cross-appellees. See Cir. R. 31(d).

**IT IS FURTHER ORDERED** that briefing is **SUSPENDED** pending further court order.

form name: **c7_Order_BTC** (form ID: **178**)